UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Arthur Lamar Brown,

       Plaintiff,

-against-

The City of New York, et al.,

       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2023

1:23-cv-05924 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

  On December 27, 2023, Defendant City of New York filed a Letter Motion, responding to the Court's *Valentin* Order (8/17/23 Order, ECF No. 9) and requesting that the Court compel Plaintiff to execute releases pursuant to § 160.50 and HIPPA (the "Releases"). (12/27/23 Ltr. Mot., ECF No. 24.) The Court, having reviewed the Letter Motion, hereby ORDERS as follows:

1. Consistent with the Court's November 29, 2023 Order (*see* 11/29/23 Order, ECF No. 20), no later than February 22, 2024, Plaintiff shall file an Amended Complaint naming all defendants against whom he is asserting claims. Plaintiff is cautioned that the Amended Complaint will completely replace the present Complaint and, therefore, he must include all claims against any proper defendants he seeks to pursue in the Amended Complaint and shall include factual allegations concerning the challenged conduct pertaining to each defendant named.

2. No later than February 22, 2024, Plaintiff shall execute and return the Releases to the Law Department.

3. Plaintiff's failure to comply with this Order may lead to a recommendation that this case be dismissed for failure to prosecute.

4. The Clerk of Court is respectfully requested to remove the gavel at ECF No. 24.

**SO ORDERED.**

Dated: New York, New York
December 27, 2023

_____
STEWART D. AARON
United States Magistrate Judge