UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Arthur Lamar Brown,

                     Plaintiff,

    -against-

City of New York, et al.,

                     Defendants.

1:23-cv-05924 (JGLC) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/16/2024

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on April 15, 2024, Defendants filed a Motion to Dismiss the Amended Complaint (the "Motion") with their supporting papers (Defs.' 4/15/24 Motion to Dismiss, ECF No. 35; Defs.' Mem., ECF No. 36; Defs.' Decl., ECF No. 37).

NOW, THEREFORE, it is hereby ORDERED as follows:

1. No later than April 19, 2024, Defendants shall file a certificate of service to the ECF docket indicating that Plaintiff was served with:

    a. The Motion and their supporting papers; and

    b. "[C]opies of cases and other authorities cited therein that are unpublished or reported exclusively on computerized databases" in accordance with Local Civil Rule 7.2.

2. Because Plaintiff is proceeding *pro se* and given his incarcerated status, Plaintiff shall serve his opposition to Defendants' Motion no later than June 18, 2024.

3. Defendants shall file their reply, if any, no later than July 9, 2024.

**SO ORDERED.**

DATED: New York, New York
April 16, 2024

_____
STEWART D. AARON
United States Magistrate Judge