UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Arthur Lamar Brown,

                               Plaintiff,

-against-

City of New York, et al.,

                               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/06/2024

1:23-cv-05924 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Pursuant to an Order dated November 19, 2024, Plaintiff was due to file his Second Amended Complaint by December 2, 2024. (11/19/24 Memo Endorsement, ECF No. 55.) The Court has not yet received such submission from Plaintiff.

The Court *sua sponte* extends the time for Plaintiff to submit his Second Amended Complaint until Friday, December 31, 2024. Plaintiff is reminded that failure to comply with Court Orders and deadlines may result in the imposition of sanctions up to and including dismissal of this action for failure to prosecute.

**SO ORDERED.**

Dated:      New York, New York
             December 6, 2024

_____
STEWART D. AARON
United States Magistrate Judge