UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Arthur Lamar Brown,

                Plaintiff,

-against-

City of New York, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2024

1:23-cv-05924 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On December 11, 2024, Plaintiff's Second Amended Complaint ("SAC"), dated December 6, 2024, was filed to the ECF docket. (SAC, ECF No. 57.) In accordance with Rule 12(a)(4)(B), Defendants were due to file their response to the SAC no later than 14 days later, which was yesterday, December 26, 2024. Fed. R. Civ. P. 12(a)(4)(B); *see also* Fed. R. Civ. P. 6(a). Defendants have not yet filed a response to the SAC.

The Court *sua sponte* extends the time for Defendants to file their response to the SAC. Defendants shall respond no later than January 10, 2025.

SO ORDERED.

Dated:    New York, New York
           December 27, 2024

_____
STEWART D. AARON
United States Magistrate Judge