**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Arthur Lamar Brown,

                  Plaintiff,

-against-

City of New York, et al.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2025

1:23-cv-05924 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Defendants having filed on January 10, 2025, a Motion to Dismiss the Second Amended Complaint (Defs.' Mot. to Dismiss, ECF No. 59), it is hereby ORDERED that Plaintiff shall file his opposition papers to such Motion no later than February 27, 2025.

Plaintiff is reminded that there is a *Pro Se* Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a *pro se* party with advice in connection with their case. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit). Litigants in need of legal assistance should complete the City Bar Justice Center's intake forms to make an appointment.

If a litigant has questions about the intake forms or needs to highlight an urgent deadline already disclosed in the forms, the Clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are

available Monday through Thursday, 10:00 a.m. to 4:00 p.m. Remote appointments are available

remotely Monday through Friday, 10:00 a.m. to 4:00 p.m.

**SO ORDERED.**

Dated:        New York, New York
              January 13, 2025

_____
STEWART D. AARON
United States Magistrate Judge