USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Arthur Lamar Brown,

                Plaintiff,

-against-

City of New York, et al.,

                Defendants.

1:23-cv-05924 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated January 13, 2025, Plaintiff was directed to file his opposition papers to Defendants' motion to dismiss no later than February 27, 2025. (Order, ECF No. 62.) However, Plaintiff has not yet filed any opposition papers. Accordingly, it is hereby ORDERED, as follows:

Plaintiff shall file his opposition papers to Defendants' motion to dismiss no later than Wednesday, March 26, 2025. If no opposition papers are filed by March 26, the Court shall prepare a Report and Recommendation to Judge Clarke based on Defendants' papers alone.

**SO ORDERED.**

Dated:    New York, New York
            March 5, 2025

_____
STEWART D. AARON
United States Magistrate Judge