UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Arthur Lamar Brown,

                Plaintiff,

-against-

City of New York, et al.,

                Defendants.

1:23-cv-05924 (JGLC) (SDA)

ORDER OF SERVICE

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff Arthur Lamar Brown, currently incarcerated at the Attica Correctional Facility, brings this *pro se* action against defendants City of New York (the "City"), Louis A. Molina ("Molina"), Lynelle-Maginley-Liddie ("Liddie"), Ronald Brereton ("Brereton"), Charlton Lemon ("Lemon"), Ronald Miller ("Miller"), and John or Jane Does 1, 2, and 3. (*See* Pl.'s Third Amended Complaint ("TAC"), ECF No. 73.) Plaintiff filed his TAC on July 14, 2025. The Court requests that defendants Molina, Liddie and Brereton waive service of summons.[1]

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that defendants Molina, Liddie and Brereton waive service of summons.

**SO ORDERED.**

DATED:    New York, New York
              August 6, 2025

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] The Law Department already has accepted service for the City, Lemon and Miller.