UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Arthur Lamar Brown,<br><br>         Plaintiff,<br><br> -against-<br><br>City of New York, et al.,<br><br>         Defendants. | 1:23-cv-05924 (JGLC) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

   By Order dated August 19, 2025, District Judge Clarke adopted in its entirety the undersigned's Report and Recommendation on Defendants' motion to dismiss the Second Amended Complaint. (Order, ECF No. 79.) Accordingly, it is hereby ORDERED as follows:

   1. No later than Monday, October 6, 2025, Plaintiff shall file a Third Amended Complaint[1] consistent with the undersigned's Report and Recommendation ("R&R") and Judge Clarke's Order. The Third Amended Complaint only shall include the following claims: (1) Plaintiff's Section 1983 deliberate indifference to conditions of confinement claim against Lemon only with respect to the October 11, 2022 confinement; (2) Plaintiff's Section 1983 deliberate indifference to medical needs claim against Miller; and (3) Plaintiff's substantive and procedural due process claims against Lemon with respect to the October 11, 2022 confinement.

   2. No later than Wednesday, November 5, 2025, Defendants shall respond to the Third Amended Complaint.

---

[1] The document filed to the ECF docket on July 14, 2025 and denominated as Plaintiff's "Third Amended Complaint" (ECF No. 73) is a nullity as it was filed before the R&R and Judge Clarke's Order were issued, and the Clerk of Court is respectfully requested to place a blue note on that document.

**SO ORDERED.**

Dated:     New York, New York
            August 20, 2025

_____
STEWART D. AARON
United States Magistrate Judge