UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Arthur Lamar Brown,

                           **Plaintiff,**

    -against-

City of New York, et al.,

                           **Defendants.**

1:23-cv-05924 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The Court is in receipt of the Letter filed by *pro se* plaintiff Arthur Lamar Brown ("Plaintiff") at ECF No. 85. Plaintiff requests in the Letter that he be furnished with a copy of his Third Amended Complaint ("TAC") filed on July 14, 2025, as well as all orders that followed the undersigned's Report and Recommendation entered on July 16, 2025 (ECF No. 71). Judge Aaron's Chambers will mail today the documents listed below to Plaintiff at the following address: Attica Correctional Facility, P.O. Box 149, Attica, NY 14011. It is hereby ORDERED that Plaintiff shall file his TAC[1] no later than December 5, 2025. Defendants shall respond to the TAC no later than December 30, 2025.

      The documents to be mailed to Plaintiff, which are the documents needed by Plaintiff to draft his pleading,[2] are as follows:

    1.     Judge Aaron's Report and Recommendation (ECF No. 71).

---

[1] In response to the TAC filed by Plaintiff at ECF No. 73, by Order dated August 20, 2025, Plaintiff was directed to file a revised TAC consistent with the undersigned's Report and Recommendation. (*See* 8/20/25 Order, ECF No. 80.)

[2] The Court declines to send to Plaintiff various other documents which do not relate to Plaintiff's pleading.

    2.    Plaintiff's TAC (ECF No. 73).

    3.    Judge Clarke's Order Adopting the Report and Recommendation (ECF No. 79).

    4.    August 20, 2025 Order setting forth the required contents for Plaintiff's pleading (ECF No. 80).

**SO ORDERED.**

Dated:    New York, New York
           October 21, 2025

_____
STEWART D. AARON
United States Magistrate Judge