

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**SEAMUS O'CONNOR**
*Assistant Corporation Counsel*
Phone: (212) 356-2337
Fax: (212) 356-3509
seoconno@law.nyc.gov

December 19, 2025

**BY ECF**
Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   Arthur Lamar Brown v. City of New York, et al.
>       23 Civ. 5924 (JGLC) (SDA)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and attorney for defendants City of New York, Warden Ronald Miller, and Chief Charlton Lemon (Defendants) in the above-referenced matter.[1] Defendants writes to respectfully request the Court order Plaintiff to file a new Amended Complaint or clarify if the Complaint that is submitted is complete. Due to plaintiff's incarcerated status defendants were unable to obtain plaintiff's position on the extension.

By way of background, Plaintiff brings suit alleging, *inter alia*, claims of unreasonable search and seizure, Monell, 14th Amendment due process violations and 8th Amendment violations against the above mentioned defendants. (ECF No. 57). Defendants filed a Motion to Dismiss the Second Amended Complaint on January 10, 2025. (ECF Nos. 59-61, 70) On October 21, 2025 the Court ordered Plaintiff to file an Amended Complaint by December 1 and for Defendants to answer December 30, 2025. (ECF No. 80). On December 3, 2025, a Third Amended Complaint was uploaded to ECF, but dated December 1, 2025. (ECF No. 81)

After examining the complaint, Defendants note the Third Amended Complaint only has the odd numbered pages included and paragraph numbers seemingly missing. (ECF No. 81) Presently, Defendants are unclear whether the Amended Complaint was sent incomplete or if there

---

[1] Eric Adams, Lynelle Maginley-Liddie, Ronald Brereton, and Louis A. Molina were not named as defendants  in the previous Complaints and have not been served and thus this request is not being made on their behalf.

technical error in uploading the Third Amended Complaint. Due to its incomplete nature Defendants are unable to either file an answer or file a motion to dismiss to Plaintiff's most recent Complaint. (See id.) Accordingly, Defendants respectfully request the Court order Plaintiff to file a new Amended Complaint with all pages included or have Plaintiff clarify if the Complaint is meant to be complete as filed.

Defendants thanks the Court for its time and consideration herein.

Respectfully submitted,

/s/ Seamus O'Connor

Seamus O'Connor
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    **By FIRST CLASS MAIL:**
Arthur Lamar Brown
DIN# 24-B-2173
ATTICA CORRECTIONAL FACILITY
P.O. Box 149
Attica, NY 14011-0149
PRO SE

ENDORSEMENT: The Third Amended Complaint ("TAC") has been rescanned to include the missing pages referenced herein. (*See* TAC, ECF No. 87.) The City shall respond to the TAC no later than January 30, 2026. The Clerk of Court is respectfully requested to terminate the motion filed at ECF No. 88.

SO ORDERED.
Dated: December 22, 2025

*[signature]*

2