**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Arthur Lamar Brown,

                    Plaintiff,

          -against-

The City of New York, et al.,

                    Defendants.

**1:23-cv-05924 (JGLC) (SDA)**

**ORDER OF SERVICE**

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his federal constitutional rights and his rights under state law. By order dated August 14, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP").

On December 1, 2025, Plaintiff filed a Third Amended Complaint ("TAC") in which he added as Defendants (1) former Mayor Eric Adams; (2) former Commissioner of the New York City Department of Correction Louis A. Molina; (3) current Commissioner of the New York City Department of Correction Lynelle Maginley-Liddie; and (4) former Deputy Commissioner for Security Operations for the New York City Department of Correction Ronald Brereton. (ECF No. 87). These four defendants have not yet been served.[1]

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that the above-named Defendants waive service of summonses. If the above-named Defendants decline

---

[1] The Court notes Plaintiff's request in his letter dated January 8, 2026 (ECF No. 90) for the Court to enlarge the time for the previously named Defendants to respond to the TAC. The Court denies that request without prejudice to renewal by defense counsel, as that is their deadline to meet.

to waive service, then, no later than Wednesday, January 28, 2026, the New York City Law Department shall provide a service address for each above-named Defendant so that service can be effectuated by the U.S. Marshals Service.

**SO ORDERED.**

Dated:  New York, New York
        January 14, 2026

_____
STEWART D. AARON
United States Magistrate Judge