**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Arthur Lamar Brown,

                                        Plaintiff,

                   -against-

City of New York, et al.,

                                        Defendants.

1:23-cv-05924 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the letter filed by *pro se* plaintiff Arthur Lamar Brown ("Plaintiff") at ECF No. 95 containing certain requests. Plaintiff's requests are hereby GRANTED IN PART and DENIED IN PART. The Clerk of Court shall provide Plaintiff with a copy of ECF No. 93 and a copy of the docket. The deadline for Plaintiff to respond to the Order to Show cause, dated February 1, 2026 (ECF No. 94), is hereby extended to March 30, 2026.

To reiterate, Plaintiff's response to the Order to Show Cause shall include his reasoning as to why the claims against the Newly Added Defendants should not be dismissed as frivolous, and whether he would like the case to proceed to discovery on the three claims in the SAC that currently are remaining in the case (i.e., (1) Plaintiff's Section 1983 deliberate indifference to conditions of confinement claim against Lemon only with respect to the October 11, 2022 confinement; (2) Plaintiff's Section 1983 deliberate indifference to medical needs claim against Miller; and (3) Plaintiff's substantive and procedural due process claims against Lemon with respect to the October 11, 2022 confinement), so as to avoid any further delay in his case moving forward.

**SO ORDERED.**

Dated:        New York, New York
                February 19, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2