**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Arthur Lamar Brown,<br><br>     **Plaintiff,**<br><br>  **-against-**<br><br>City of New York, et al.,<br><br>     **Defendants.** | **1:23-cv-05924 (JGLC) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's March 23, 2026 declaration in response to the Order to Show Cause, filed at ECF No. 100. No later than Friday, April 17, 2026, the City shall file a reply as to why it believes the claims against the Newly Added Defendants should be dismissed.

**SO ORDERED.**

Dated:  New York, New York
    April 3, 2026

_____
STEWART D. AARON
United States Magistrate Judge