**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Arthur Lamar Brown,**

**Plaintiff,**

**-against-**

**City of New York, et al.,**

**Defendants.**

**1:23-cv-05924 (JGLC) (SDA)**

**AMENDED ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

**IT IS HEREBY ORDERED** that the Warden or other official in charge of the Attica Correctional Facility produce plaintiff Arthur Lamar Brown, DIN # 24-B-2173, on Tuesday, September 1, 2026, at 3:30 p.m., to a suitable location within the Attica Correctional Facility that is equipped with a telephone, for the purpose of participating in a conference with the Court and counsel for the City. If the scheduled time or date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

Counsel for the City shall: (1) send this Order to the Warden immediately; (2) contact Attica Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) telephone the Court's conference line at (855) 244-8681, with Plaintiff on the line, at the time and date of the conference, and enter access code 2319 449 5090.

A copy of this Order will be mailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED: New York, New York
August 19, 2026

STEWART D. AARON
United States Magistrate Judge