**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Arthur Lamar Brown,**

**Plaintiff,**

**-against-**

**City of New York, et al.,**

**Defendants.**

**1:23-cv-05924 (JGLC) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

A telephone conference was held today with the parties, during which Plaintiff expressed his intention to file objections to the undersigned's Report and Recommendation by the newly extended deadline of September 11, 2026 (*see* 9/1/26 Mem. Endorsement, ECF No. 113). Accordingly, the Court declines to set a discovery schedule at this time. After Judge Clarke has ruled on any objections filed by Plaintiff, the Court will reschedule an initial case management conference with the parties.

**SO ORDERED.**

DATED: New York, New York
September 1, 2026

STEWART D. AARON
United States Magistrate Judge